**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 13-1312**

—————————

WALTER B. ROACH, JR.,

             Plaintiff - Appellant,

    v.

HILTON  WORLD-WIDE,  INC.;  EMBASSY  SUITES  HOTEL  RALEIGH
CRABTREE; CHRIS CARAMOSSA; DONNA MILLS BOSWELL,

             Defendants - Appellees.

—————————

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  North  Carolina,  at  Raleigh.   James  C.  Dever,  III,
Chief District Judge.  (5:12-cv-00309-D)

—————————

Submitted:  July 18, 2013               Decided:  July 22, 2013

—————————

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Walter B. Roach, Jr., Appellant Pro Se.  Paul S. Holscher, Ann
Herlocker  Smith,  JACKSON  LEWIS  LLP,  Cary,  North  Carolina,  for
Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter B. Roach, Jr. appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Roach v. Hilton World-Wide, Inc., No. 5:12-cv-00309-D (E.D.N.C. Feb. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2